```
               IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRENDA WATKINS                  :       CIVIL ACTION
                                :
          v.                    :
                                :
CAROLYN W. COLVIN               :       NO. 12-6470
```

ORDER

AND NOW, this 15th day of April, 2014, upon consideration of plaintiff's motion for summary judgment (Docket #12), the defendant's response thereto, and the record herein, and after review of the Report and Recommendation of United States Magistrate Judge M. Faith Angell, plaintiff's objections and defendant's response thereto, IT IS HEREBY ORDERED that:

1. The Report and Recommendation is hereby APPROVED and ADOPTED;

2. The objections are OVERRULED;

3. The motion for summary judgment is DENIED;

4. Judgment is entered in favor of the defendant and against the plaintiff; and,

5. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.